UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TIA TAYLOR,

                           Plaintiff,

               -against-

PORT AUTHORITY TRANS HUDSON CORP.,

                          Defendant.
------------------------------------------------------------------X

22-CV-09653 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file an update on the status of this case by **October 18, 2024.**

      **SO ORDERED.**

DATED:     New York, New York
            October 9, 2024

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge